| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 22-8019-JFW(PVCx)** | Date:  June 22, 2023 |

Title:     Iliana Fischer -v- Angela White

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [filed 5/26/23; Docket No. 46]

   On May 26, 2023, Defendant Angela White, p/k/a Blac Chyna ("Defendant") filed a Motion for Judgment on the Pleadings ("Motion"). Plaintiff Iliana Fischer ("Plaintiff") did not file an Opposition. On June 12, 2023, Defendant filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for June 26, 2023 is hereby vacated and the matter taken off calendar. After considering the moving and reply papers, and the arguments therein, the Court rules as follows:

   Pursuant to Local Rule 7-9, Plaintiff was required to file and serve her Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion." *See* Local Rule 7-9. Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." *See* Local Rule 7-12. Plaintiff has failed to timely file an Opposition to Defendant's Motion. Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendant's Motion.

   Accordingly, Defendant's Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice**.

   IT IS SO ORDERED.