# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:22-cv-08019-JFW-PVCx                    Date June 16, 2025

Title: Iliana Fischer v. Angela White

Present: The Honorable John F. Walter

|  |  |
|---|---|
| Shannon Reilly | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                          Not Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☒  Other  Case remanded - Make JS-5

☐  Entered _____.

Initials of Preparer _____ sr _____