1  Robert S. Besser SBN 46541
   LAW OFFICES OF ROBERT S. BESSER
2  100 Wilshire Blvd., Suite 700
   Santa Monica, California 90401
3  Tel:   (310) 394-6611
   Fax:   (310) 394-6612
4  rsbesser@aol.com

5  Christopher Chapin SBN 112608
   LAW OFFICES OF CHRISTOPHER CHAPIN
6  110 Forest Lane
   San Rafael, California 94903
7  Tel:   (415) 578-2364
   christopherchapin@aol.com
8
   Attorneys for Defendant
9  ANGELA WHITE

10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13
   ILIANA FISCHER,              Case No. 2:22CV08019 JFW PVCx
14                              Honorable John F. Walter
                Plaintiff,
15
   vs.                          JOINT STATEMENT FOLLOWING
16                              LOCAL RULE 7.3 CONFERENCE
                                RE MOTION FOR JUDGMENT ON THE
17                              PLEADINGS
   ANGELA WHITE pka BLAC
18 CHYNA,

19              Defendant.
   _____/
20

21

22        Plaintiff ILIANA FISCHER and Defendant ANGELA WHITE  submit the

23  following Joint Statement following their Local Rule 7-3 conference.

24

25

26                              -1-

27  _____
       JOINT STATEMENT FOLLOWING LOCAL RULE 7-3 CONFERENCE
28          RE MOTION FOR JUDGMENT ON THE PLEADINGS

1.     The conference of counsel for Defendant and Plaintiff *in pro per* took place on August 6, 2025.  The conference lasted approximately 15 minutes in total and was conducted by telephone.

2.     Robert S. Besser and Christopher Chapin appeared for Defendant and Plaintiff appeared *in pro per*.

3.     This was the third Rule 7-3 conference that has occurred in this case. Neither party has changed their legal positions and both are familiar with the issues in this case.

4.     Defendant informed Plaintiff that Defendant intends to file a motion for judgment on the pleadings on the ground that Plaintiff has not stated a copyright claim because the allegedly infringed lyrics are a common phrase and therefore not protected by copyright.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

JOINT STATEMENT FOLLOWING LOCAL RULE 7-3 CONFERENCE
RE MOTION FOR JUDGMENT ON THE PLEADINGS

5.    Plaintiff informed Defendant that Plaintiff is aware of the use of the same lyrics – which she claims is protected by copyright – in other musical compositions, but that it does not matter because she uses the lyrics as the hook of her song which therefore means they are protected. She stated she believes the judge must decide the issue.

Dated: August 6, 2025

LAW OFFICES OF ROBERT S. BESSER


By: *s/ Robert S. Besser*
   ROBERT S. BESSER
Attorneys for Defendant
ANGELA WHITE

Dated: August 8, 2025

ILIANA FISCHER in pro per


By: *s/ Iliana Fischer*
   ILIANA FISCHER, In pro per

-3-

JOINT STATEMENT FOLLOWING LOCAL RULE 7-3 CONFERENCE
RE MOTION FOR JUDGMENT ON THE PLEADINGS