**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 22-8019-JFW(PVCx)**                                    Date:  May 6, 2026

Title:        Iliana Fischer -v- Angela White

---

**PRESENT:**
          **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

     **Shannon Reilly**                                **None Present**
     **Courtroom Deputy**                          **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                          None

**PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE: DISMISSAL**

     Plaintiff Iliana Fischer ("Plaintiff") failed to file the Pre-Trial Conference Order and the Memorandum of Contentions of Fact and Law on or before April 13, 2026, as required by the Court's Amended Scheduling and Case Management Order ("Amended CMO").  *See* Docket No. 66.  In addition, Plaintiff failed to file the Declarations of Witness Direct Testimony, Trial Brief, and Findings of Fact and Conclusions of Law on or before May 5, 2026, as required by paragraph 7(a), (b), and (c) of the Amended CMO.  *See* Docket No. 66.

     Accordingly, Plaintiff is ordered to show cause, in writing, on or before May 7, 2026, why this action should not be dismissed for Plaintiff's failure to timely file the Pre-Trial Conference Order, Memorandum of Contentions of Fact and Law, Declarations of Witness Direct Testimony, Trial Brief, and Findings of Fact and Conclusions of Law as required by the Amended CMO.

     No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Deputy Clerk __sr__