FILED

CLERK, U.S. DISTRICT COURT

5/7/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

---

**ILIANA FISCHER,**

Plaintiff,

v.

**ANGELA WHITE, pka BLAC CHYNA,**

Defendant.

---

**Case No.: 2:22CV8019 JFW PVCx**

---

**JOINT PRETRIAL CONFERENCE ORDER**

---

## 1. NATURE OF THE ACTION

This is an action for copyright infringement. Plaintiff alleges that Defendant copied a distinctive lyrical phrase and expressive elements from Plaintiff's original musical work and incorporated them into Defendant's song without authorization.

Defendant denies the allegations and contends that the accused work was independently created.

---

## 2. PLAINTIFF'S CLAIMS

Plaintiff contends:

- Plaintiff is the original author of the musical work at issue

- Plaintiff created and published the work prior to Defendant's release

- Defendant had access to Plaintiff's work

- Defendant's song contains substantially similar lyrics and expressive elements

- Defendant copied Plaintiff's protected expression

## 3. DEFENDANT'S DEFENSES

## 4. UNDISPUTED FACTS

The parties agree on the following facts:

1. Plaintiff created and released her song prior to Defendant's release

2. Defendant released the accused song in or about [INSERT YEAR]

3. The parties did not have direct contact prior to this dispute

## 5. DISPUTED FACTS

The following facts are disputed:

1. Whether Defendant had access to Plaintiff's work

2. Whether the lyrics are substantially similar

3. Whether Defendant copied Plaintiff's work

4. Whether Defendant independently created the accused work

## 6. ISSUES OF LAW

The following legal issues remain to be decided:

1. Whether Plaintiff's work is entitled to copyright protection

2. Whether the elements at issue are protectable

3. Whether Defendant's work is substantially similar

4. Whether Defendant can establish independent creation

## 7. EXHIBITS

**Plaintiff Exhibits:**

Plaintiff designates Exhibits 1–15 as previously identified.

**Defendant's Exhibits:**

Defendant designates Exhibits 26–50.

---

## 8. WITNESSES

**Plaintiff's Witnesses:**

- Iliana Fischer

- Kanita Rainey

- Mariela Bahrami

**Defendant's Witnesses:**

---

## 9. ESTIMATED LENGTH OF TRIAL

---

## 10. RELIEF SOUGHT

Plaintiff seeks:

- Damages for copyright infringement

- Any appropriate statutory damages

- Injunctive relief

- Costs and any other relief the Court deem just

---

## 11. SETTLEMENT STATUS

The parties have participated in mediation. Settlement discussions have not resolved the case.

---

## 12. MOTIONS IN LIMINE

The parties anticipate filing motions in limine prior to trial.

---

## 13. OTHER MATTERS

None currently.

---

**DATED: 4/10/2026**

---

**PLAINTIFF (PRO SE):**

Iliana Fischer

---

---

**DEFENDANT'S COUNSEL:**