**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 22-8019-JFW(PVCx)**                                    Dated: June 18, 2026

Title:        Iliana Fischer -v- Angela White

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                                       None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT [filed 5/26/26; Docket No. 127]; and**

**ORDER TAKING UNDER SUBMISSION DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [filed 5/27/26; Docket No. 129]**

        Plaintiff's Cross-Motion for Summary Judgment and Defendant's Motion for Summary Judgment are  currently on calendar for June 29, 2026, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for June 29, 2026, is hereby vacated and the matters are taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

        IT IS SO ORDERED.

Initials of Deputy Clerk   sr