JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ILIANA FISCHER,

Plaintiff,

vs.

ANGELA WHITE p/k/a BLAC CHYNA,

Defendant.

________________________________________/

Case No. 2:22-cv-08019-JFW (PVCx)

Honorable John F. Walter

JUDGMENT

WHEREAS, on July 17, 2026, this Court GRANTED the Motion for Summary Judgment by Defendant Angela White; and

WHEREAS, on July 17, 2026, this Court DENIED the Motion for Summary Judgment by Plaintiff Iliana Fischer,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Angela White as to all claims in the Amended Complaint.

Dated: July 24, 2026

UNITED STATES DISTRICT COURT JUDGE