UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ILIANA FISCHER,

Plaintiff,

vs.

ANGELA WHITE pka BLAC CHYNA,

Defendant.

_______________________________/

Case No. 2:22-CV-08019 JFW (PVCx)
Honorable John F. Walter

AMENDED JUDGMENT

WHEREAS, on July 17, 2026, this Court GRANTED the Motion for Summary Judgment by Defendant Angela White; and

WHEREAS, on July 17, 2026, this Court DENIED the Motion for Summary Judgment by Plaintiff Iliana Fischer; and

WHEREAS, on July 24, 2026. judgment was entered in favor of Defendant Angela White as to all claims in the Amended Complaint; and

WHEREAS, on September 18, 2026, Defendant's Motion For Attorneys' Fees was GRANTED in the amount of $53,500.00.

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant Angela White as to all claims in the Amended Complaint and Defendant Angela White is awarded the amount of $53,500.00 (Fifty Three Thousand Five Hundred Dollars) in attorneys' fees in this action.

Dated: September 29, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE